USAO#2014R00283

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND 2014 APR 24  A 10: 03

CLERK'S OFFICE
AT BALTIMORE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO.** RDB-14-0200 |
| | * | |
| **KENNETH MANNS, and** | * | **(Bank Larceny, 18 U.S.C. § 2113(a))** |
| **AARON DAVIS,** | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

********

### INFORMATION

The United States Attorney for the District of Maryland charges that:

On or about April 28, 2013, in the State and District of Maryland, the Defendants,

### KENNETH MANNS, and
### AARON DAVIS,

did knowingly, enter any bank, credit union, and any building used in whole or in part as a bank, credit union, with intent to commit in such bank, credit union, and building, and part thereof, so used, any felony affecting such bank and credit union, and any larceny, to wit: the Defendants broke into a Sunoco gas station and removed an ATM machine belonging to M&T Bank and housing United States currency belonging to M&T Bank.

18 U.S.C. § 2113(a)

*Rod J. Rosenstein by MWC*

Rod J. Rosenstein
United States Attorney, District of Maryland

Date:  April 24, 2014

1